UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                NO: 10-CR-20325

v.                                  HON. MARK A. GOLDSMITH
                                   United States District Judge

KIM ALLEN WARD,

        Defendant.
_____/

## ORDER FOR ADJOURNMENT OF EVIDENTIARY HEARING

During a telephone conference held on February 8, 2011, the parties jointly moved for a continuance of the evidentiary hearing because a government witness is unavailable and the court being otherwise fully advised;

IT IS HEREBY ORDERED that dates in this matter are reset as follows:

**Evidentiary Hearing:** February 28, 2011 at 9:30 a.m.;

**Supplemental Briefs:** date for filing to be determined by the Court;

**Final Pretrial Conference/Guilty Plea Hearing**: March 22, 2011, at 2:00 p.m.;

**Jury Trial**: April 4, 2011, at 8:30 a.m..

Dated: February 9, 2011                       s/Mark A. Goldsmith
      Flint, Michigan                         MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2011.

                                                      s/Deborah J. Goltz
                                                    DEBORAH J. GOLTZ
                                                    Case Manager